# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| **ROBERT W. NAIL, JR.** <br> *Plaintiff* <br><br> v. <br><br> **PORTFOLIO RECOVERY ASSOCIATES,** <br> **LLC**, *A WHOLLY-OWNED SUBSIDIARY OF* <br> *PORTFOLIO RECOVERY ASSOCIATES, INC.* <br><br> *Defendant* | ) <br> ) <br> )   Civil Action No.   12-6925 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**BRENT F. VULLINGS, ESQ**
3953 RIDGE PIKE STE102
COLLEGEVILLE, PA 19426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/11/12_____

*Joseph B. Walton*, Deputy Clerk

3466

Civil Action No. 12-6925

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Portfolio Recovery Associates, LLC
was received by me on *(date)* 12/13/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Vanessa Koval, Legal Intake Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* Portfolio Recovery
Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502  on *(date)* 12/14/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2012

*Server's signature*

Ryan Rodriguez, Special Process Server
*Printed name and title*

4020 Thomas Jefferson Drive
Virginia Beach, VA  23452
*Server's address*

Additional information regarding attempted service, etc: